1

2

3
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

4
AT SEATTLE

5
CARLA CASTILLO LINN,

6
                    Plaintiff,

7
        v.                                                   C23-1035 TSZ

8
JO-ANN STORES, LLC,                                          MINUTE ORDER

                    Defendant.

9

10
        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

11
        (1)     Defendant Jo-Ann Stores, LLC removed this matter from King County
Superior Court.  Defendant is a limited liability company, and is therefore a citizen of

12
every state in which one of its members is domiciled.  *Johnson v. Columbia Props.*
*Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  In its Notice of Removal, docket

13
no. 1, defendant indicated that it is "incorporated under the laws of Ohio" and has "its
principal place of business in Hudson, Ohio."  In its Local Civil Rule 7.1(a)(2) Disclosure

14
Statements, docket nos. 3 and 4, defendant asserts that it is a citizen of Ohio, but advises
that its parent, Needle Holdings, LLC, is a Delaware limited liability company, which is

15
100% owned by JOANN, Inc., a publicly-traded Delaware corporation.  Thus, defendant
is a citizen of Delaware and an as-yet unidentified state in which JOANN, Inc. has its

16
principal place of business.  Absent additional information, the Court cannot conclude
that diversity jurisdiction exists.  Defendant shall file additional information within

17
seven (7) days of the date of this Minute Order.

18
        (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

19
        Dated this 21st day of July, 2023.

20

21
                                                Ravi Subramanian
                                                Clerk

22
                                                s/Laurie Cuaresma
                                                Deputy Clerk

23

MINUTE ORDER - 1