UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLA CASTILLO LINN,

    Plaintiff,

v.

JO-ANN STORES, LLC,

    Defendant.

C23-1035 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion to strike, see Def.'s Reply at 10–15 (docket no. 43), is DENIED. The Court will consider only admissible evidence in reaching its decision on Defendant's motion for summary judgment, docket no. 27, and will give admissible evidence the appropriate weight. The Court will issue an order addressing Defendant's motion for summary judgment, docket no. 27.

(2) The Court STAYS Defendant's motion for partial summary judgment, docket no. 35, Defendant's motion to exclude Theodore Becker, docket no. 37, and Defendant's motion to exclude Brian Wicks, docket no. 41, pending further order of the Court.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of February, 2024.

    Ravi Subramanian
    Clerk

    s/Laurie Cuaresma
    Deputy Clerk

MINUTE ORDER - 1