1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

CARLA CASTILLO LINN,

                    Plaintiff,

          v.

JO-ANN STORES, LLC,

                    Defendant.

C23-1035 TSZ

MINUTE ORDER

12

13

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

14

          (1)     The Court STAYS Plaintiff's motion to exclude, docket no. 47.  No further
pleadings shall be filed in this case pending further order of the Court.

15

16

          (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

17

          Dated this 23rd day of February, 2024.

18

19

20

                                        Ravi Subramanian
                                        Clerk

                                        s/Laurie Cuaresma
                                        Deputy Clerk

21

22

23

MINUTE ORDER - 1