UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLA CASTILLO LINN,

        Plaintiff,

v.

JO-ANN STORES, LLC,

        Defendant.

C23-1035 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Notice of Bankruptcy filed on March 18, 2024, docket no. 51, the Court hereby STAYS this case pending further order pursuant to 11 U.S.C. § 362.

(2) The parties shall file a Joint Status Report within fourteen (14) days of the conclusion of bankruptcy proceedings or by December 31, 2024, whichever occurs earlier.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of March, 2024.

                                              Ravi Subramanian
                                              Clerk

                                              s/Laurie Cuaresma
                                              Deputy Clerk

MINUTE ORDER - 1