UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLA CASTILLO LINN,

          Plaintiff,

  v.

JO-ANN STORES, LLC,

          Defendant.

C23-1035 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Having reviewed the Joint Status Report ("JSR"), docket no. 55, submitted by the parties, the Court hereby SETS the following dates and deadlines:

| **JURY TRIAL DATE (7 to 9 days)** | **January 21, 2025** |
|---|---|
| Motions in limine filing deadline | December 19, 2024 |
| Agreed pretrial order due | January 3, 2025 |
| Trial briefs, proposed voir dire questions, and jury instructions due | January 3, 2025 |
| Pretrial conference | January 10, 2025 at 10:00 a.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order, docket no. 24, shall remain in full force and effect. The provisions of the Minute Order, docket no. 24, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the

MINUTE ORDER - 1

numbering of trial exhibits, and immediate communication to the Court of any settlement remain in full force and effect.

(2) Defendant's Motion to Exclude Testimony of Theodore Becker, Ph.D., docket no. 37, Defendant's Motion to Exclude Testimony of Brian Wicks, M.D., docket no. 41, and Plaintiff's Motion to Exclude Rebuttal Experts, docket no. 47, are RENOTED to May 31, 2024.

(3) Defendant's Motion for Partial Summary Judgment, docket no. 35, is RENOTED to June 7, 2024.

(4) The deferred portion of Defendant's motion to exclude portions of Jollen Gill's opinion, see Minute Order (docket no. 50), is RENOTED to June 21, 2024.

(5) Because the parties have no objection to any witness testifying remotely upon a showing of good cause, see JSR at 4 (docket no. 55), Shawn Lyon, Defendant's former employee, will be allowed to testify remotely.

(6) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of May, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2