UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARLA CASTILLO LINN,

   Plaintiff,

v.

JO-ANN STORES, LLC,

   Defendant.

C23-1035 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion to exclude portions of Joellen Gill's testimony, see Def.'s Reply at 10–15 (docket no. 43), is GRANTED in part.[1]  Ms. Gill shall be precluded from testifying or implying that a coefficient of friction below 0.50 is per se unreasonably dangerous and/or unsafe.  In addition, in the absence of any opposition and because neither Ms. Gill nor her associate performed a lighting inspection, Ms. Gill shall be precluded from testifying about the lighting in the Jo-Ann store at issue in this case.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of July, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

---

[1] The Court denied Defendant's motion as to the previously undisclosed publications and permitted Defendant to depose Ms. Gill about the previously undisclosed publications.  See Minute Order at 1–2 (docket no. 50).

MINUTE ORDER - 1